IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAFAYE GASKINS | : |
| *Plaintiff,* | : |
| v. | : 2:25-cv-01187 |
| CITY OF PHILADELPHIA, *et al.,* | : |
| *Defendants.* | : |

## ORDER

AND NOW, this 8th day of October, upon consideration of Defendants' separate Motions to Dismiss (Dkts. 31, 32), and Plaintiff's responses thereto (Dkts. 41, 42), it is hereby ORDERED as follows:

1. The City's Motion to Dismiss is DENIED.

2. The Officers' Motion is GRANTED in part and DENIED in part.

    a. Gaskins' claims against Officer Walsh are DISMISSED without prejudice to refile if, during discovery, additional evidence is uncovered which implicates Walsh in the alleged violation of Gaskins' civil rights.[1]

    b. Gaskins' claims against Individual Officers McNesby, Cimino, Duffy, and Koscinski may proceed to discovery.

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] Any motion to amend the complaint will be for the limited purpose of including Officer Walsh.